**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IPA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | C.A. No. 17-cv-00287-RGA |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff IPA Technologies Inc. ("IPA") and Defendant NVIDIA Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to dismissal of this action including all claims filed by IPA, WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 22, 2018

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Stephen B. Brauerman* | /s/ *Rodger D. Smith II* |
| Stephen B. Brauerman (No. 4952) | Rodger D. Smith II (No. 3778) |
| Sara E. Bussiere (No. 5725) | Eleanor G. Tennyson (No. 5812) |
| 600 N. King Street, Suite 400 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| sbrauerman@bayardlaw.com | rsmith@mnat.com |
| sbussiere@bayardlaw.com | etennyson@mnat.com |

OF COUNSEL:

Paul J. Skiermont
Sarah E. Spires
Steven W. Hartsell
Sadaf R. Abdullah
Alexander E. Gasser
Christopher M. Hodge
SKIERMONT DERBY LLP
1601 Elm St. Ste. 4400
Dallas, TX 75201
(214) 978-6600

Mieke K. Malmberg
SKIERMONT DERBY LLP
800 Wilshire Blvd. Ste. 1450
Los Angeles, CA 90017

*Attorneys for Plaintiff IPA Technologies, Inc.*

OF COUNSEL:

Benjamin G. Damstedt
Dena Chen
Matthew J. Brigham
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 943

*Attorneys for Defendant NVIDIA Corporation*

SO ORDERED this 22 day of Mar, 2018

/s/ Richard G. Andrews
United States District Judge